IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50532
No. 00-50568
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSEPH ORAN BROUSSARD, JR.,

                                        Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Western District of Texas
USDC No. A-98-CR-274-3-JN
USDC No. A-99-CR-91-JN
--------------------
June 5, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent Joesph Oran Broussard, Jr., has moved for leave to withdraw and has filed briefs in each case as required by *Anders v. California*, 386 U.S. 738 (1967). Broussard has filed a response. Our independent review of the briefs, response, and the records discloses no nonfrivolous issue. Accordingly, the motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.